**Ronald SHEPHERD, on behalf of; and all in the State of Arizona similarly situated; Rollin Barkley, on behalf of; and all in the State of Arizona similarly situated; Robert A. Bricker; Marion Rodgers, Plaintiffs–Appellants,**

v.

**Edward J. DERWINSKI, Administrator of the Veterans' Administration, Defendant–Appellee.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rollin BARKLEY; Ronald Shepherd; Robert A. Bricker; Marion Rodgers, Defendants–Appellants.**

**Nos. 90–15911, 90–16670.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 10, 1991.

Decided April 1, 1992.

James M. Ackerman, Jennings, Strouss & Salmon, Phoenix, Ariz., for appellants.

Malcolm L. Stewart, U.S. Dept. of Justice, Washington, D.C., for appellees.

---

Before: NORRIS, BEEZER, and LEAVY, Circuit Judges.

In this appeal, we decide whether the Arizona anti-deficiency law is preempted by Department of Veteran Affairs (VA) regulations that authorize the VA to collect deficiencies on VA-guaranteed home loans. Ariz.Rev.Stat.Ann. §§ 33–729 A, 33–814 G. Because the Arizona anti-deficiency law at issue here is identical to the Oregon anti-deficiency law we considered in *Connelly v. Derwinski*, 961 F.2d 129, 130 (9th Cir. 1992), we hold, on the basis of that opinion, that Arizona's anti-deficiency law is preempted by 38 C.F.R. § 36.4323(e). Accordingly, we affirm the district court's summary judgment awarded to the Secretary of Veteran Affairs.

In a separate unpublished memorandum disposition, we also affirm the summary judgment against Barkley, who raised issues particular to his case.

AFFIRMED.